# United States Court of Appeals for the Fifth Circuit

---

No. 24-30773
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
June 19, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

RICHARD HEBERT, JR.,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:23-CR-63-1

---

Before GRAVES, WILLETT, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Richard Hebert, Jr. has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hebert has filed several responses. The record is not sufficiently developed to allow us to make a fair evaluation of Hebert's claims

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-30773

of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Hebert's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.